*E-filed on*   5/23/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM GENE WADE,<br>            Petitioner,<br>     v.<br>EDWARD S. ALAMEIDA, JR., Director,<br>California Department of Corrections,<br><br>            Respondent. | No. C-02-01422 RMW<br><br>ORDER DENYING PETITION FOR CERTIFICATE OF APPEALABILITY<br><br>**[Re Docket No. 20]** |

William Wade petitions for a certificate of appealability under 28 U.S.C. § 2253(c). Petitioner has not shown reasonable jurists would differ as required by *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Accordingly, the court denies the application for a certificate of appealability. The clerk shall transmit the file, including a copy of this order, to the Court of Appeals. *See* Fed. R. App. P. 22(b).[1]

DATED:      5/23/06

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

---

[1] Petitioner may then ask the Court of Appeals to issue the certificate, *see* Fed. R. App. P. 22(b)(1), or if he does not, the notice of appeal will be construed as such a request, *see* Fed. R. App. P. 22(b)(2).

ORDER DENYING PETITION FOR CERTIFICATE OF APPEALABILITY—No. C-02-01422 RMW
JAH

**A copy of this order was mailed on _____ to:**

**Counsel for Petitioner:**

Patrick Morgan Ford
1901 First Street
Suite 400
San Diego, CA 92101

**Counsel for Respondent:**

Morris Beatus[2]
California Attorney General Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

---

[2] The court is aware that Morris Beatus has been appointed to the California Superior Court and therefore no longer represents the respondent, but the court has not been informed of a change in counsel for respondent.

ORDER DENYING PETITION FOR CERTIFICATE OF APPEALABILITY—No. C-02-01422 RMW
JAH                                              2